UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA B., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, Commissioner of Social Security, <br><br> Defendant. | Case No.:  20-cv-1931-DEB <br><br> **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** <br><br> **[DKT. NO. 2]** |

Before the Court is Plaintiff Barbara B.'s Application to Proceed *in forma pauperis*. Dkt. No. 2. A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all her assets, showing she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981) (internal quotations omitted). An affidavit is sufficient if it shows the applicant cannot pay the fee "and still be able to provide himself [or herself] and dependents with the necessities of life." *Id.* (internal quotations omitted).

Here, Plaintiff's application states she is unemployed, has limited assets, and a $870.00 average monthly income from retirement. Dkt. No. 2 at 2. Plaintiff's only assets are checking and saving accounts with a combined balance of $893.92, and a 2001 Chrysler

1

PT Cruiser. *Id*. at 2–3. Plaintiff's monthly expenses average $785 and include rent, gas, vehicle insurance, and recreation. *Id*. at 4–5. Based on the foregoing, the Court finds Plaintiff has sufficiently shown that she lacks the financial resources to pay her filing fee. Accordingly, Plaintiff's Application to Proceed with her Complaint *in forma pauperis* is GRANTED.

**IT IS SO ORDERED**.

Dated: October 1, 2020

_____
Honorable Daniel E. Butcher
United States Magistrate Judge