UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA B., <br><br>                              Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br>                              Defendant. | Case No.: 20-cv-1931-DEB <br><br> **ORDER GRANTING JOINT MOTION FOR AWARD OF EAJA FEES** <br><br> **[DKT. NO. 20]** |

Before the Court is the parties' Joint Motion for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and Costs Pursuant to 28 U.S.C. § 1920. Dkt. No. 20. The Court GRANTS the Motion and, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), awards Plaintiff attorneys fees in the amount of $4,400 subject to the terms of the Motion.

**IT IS SO ORDERED**.

Dated: July 18, 2022

_____
Honorable Daniel E. Butcher
United States Magistrate Judge